DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>-vs-<br><br>Zibidi Santiago-Castillo<br><br>        Defendant. | Case No. 2:22-cr-002-JAD-VCF<br><br>ORDER<br><br>FILED / RECEIVED<br>ENTERED / SERVED ON<br>COUNSEL/PARTIES OF RECORD<br><br>NOV 17 2022<br><br>CLERK US DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: _____ DEPUTY |

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of Order, unless the government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Custom Enforcement, Las Vegas, Nevada.

DATED this __17__ day of __November__, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1