**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ZIBDI SANTIAGO-CASTILLO,<br><br>                    Defendant. | Case No. 2:22-cr-00256-JAD-MDC<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 10, 2026 at 11:30 a.m., be vacated and continued to July 14, 2026, at the hour of 10:30 a.m.

DATED this 3rd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE

3