**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00256-JAD-MDC |
| Plaintiff, | **ORDER** |
| v. | |
| ZIBDI SANTIAGO-CASTILLO, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 14, 2026 at 10:30 a.m., be vacated and continued to October 14, 2026, at the hour of 10:30 a.m.

DATED this 8th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE

3