**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ZIBDI SANTIAGO-CASTILLO,<br>Defendant. | Case No. 2:22-cr-00256-JAD-MDC<br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 14, 2026 at 10:30 a.m., be vacated and continued to January 13, 2027, at the hour of 11:30 a.m.

DATED this 30th day of September, 2026.

UNITED STATES DISTRICT JUDGE